IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHRISTINA LEE HIME,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3866

_____/

Opinion filed May 5, 2017.

An appeal from an order of the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

Andy Thomas, Public Defender, and David A. Henson, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Angela R. Hensel, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      We affirm Appellant's conviction and sentence. However, because Appellant filed her notice of appeal before the trial court entered its restitution order, that order was entered without jurisdiction, and we must reverse. *See*

*Williams v. State*, 15 So. 3d 933 (Fla. 1st DCA 2009) (holding that a trial court is divested of jurisdiction to enter a restitution order once a notice of appeal has been filed). On remand, the trial court may conduct a new restitution hearing and enter a new order should it choose to do so.

AFFIRMED IN PART; REVERSED IN PART; and REMANDED.

ROBERTS, C.J., ROWE, and WINOKUR, JJ., CONCUR.